ROY A. DREW v. R. E. FARR.[1]

October 29, 1926.

No. 25,503.

**Case followed.**

Plaintiff appealed from an order of the district court for Hennepin county, Salmon, J., sustaining defendant's demurrer to the complaint in an action for malpractice.   Affirmed.

*Trafford N. Jayne,* for appellant.

*Claude Krause* and *Cobb, Wheelwright, Hoke & Benson,* for respondent.

PER CURIAM.

Appeal from an order sustaining a demurrer to the complaint. The case involves the same question, and none other, considered in Kozisek v. Brigham, supra, page 57.   That decision controls this case and requires an affirmance of the order under review.

So ordered.